IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| JULIO RUDOLPHO ROLDAN HERNANDEZ, | : : : | CIV. NO.  23-20302 (RMB) |
| Petitioner | : : | |
| v. | : : | **MEMORANDUM OPINION** |
| WARDEN, FCI FORT DIX, | : : : | |
| Respondent | : | |

**IT APPEARING THAT:**

1. On or about September 12, 2023, Petitioner Julio Rudolpho Roldan Hernandez, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging the Bureau of Prisons ("BOP") unlawfully found him ineligible for application of First Step Act ("FSA") Time Credits to reduce his period of incarceration.  (Pet., Docket No. 1.)

2. On November 13, 2023, Respondent submitted a letter to the Court, requesting dismissal of the petition as moot because BOP has applied 365 days of FSA earned time credits to Petitioner's early supervised release, changing his release date to April 15, 2028.  (Letter, Dkt. No. 5, and Declaration of Christina Clark, Exhibits 1-4.)  Petitioner has also earned 445 days toward prerelease custody; however, he is not entitled to immediate placement because his release date is 4.5 years away.  (*Id.*)

3. Petitioner has received all relief requested in his habeas petition, application of FSA time credit to his sentence.  (Pet., Dkt. No. 1 at 7.)

4. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

5. The petition is moot, and the Court will dismiss this matter.

An accompanying Order follows.

DATE: **November 14, 2023**

                                                s/Renée Marie Bumb
                                                RENÉE MARIE BUMB
                                                Chief United States District Judge